AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00048 |
| Matthew Bledsoe | ) Assigned to: Judge Zia M. Faruqui |
| | ) Assign Date: 1/13/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Matthew Bledsoe,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)-(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(D),(G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/13/2021

2021.01.13 16:34:22 -05'00'

*Issuing officer's signature*

City and state: Washington, DC

ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 01/13/2021, and the person was arrested on *(date)* 01/15/2021 at *(city and state)* 2032 Kingsrow Parkway Cordova, TN 38016. |
| Date: 01/18/2021 |
| *Arresting officer's signature* |
| Kenneth Kols / Task Force Officer |
| *Printed name and title* |